JENNIE HOLT, Appellant, v. GEORGIA WHITE, as President
of Invincible Temple No. 77, Protective Order of
Daughter Elks of the World, Respondent.

*Associations — expulsion of member — complaint, in action to compel
reinstatement, dismissed on ground plaintiff had not exhausted her
remedies within the organization.*

*Holt* v. *White*, 221 App. Div. 558, affirmed.

(Argued June 4, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered December 22, 1927,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term and directing a dismissal
of the complaint. Plaintiff was expelled from member-
ship in defendant, a voluntary unincorporated association.
The Special Term directed that she be restored to
membership. The Appellate Division directed a dis-
missal of the complaint upon the ground that plaintiff
had failed to exhaust her remedies within the association
before applying to the courts.

*Ruth Whitehead Whaley* for appellant.

*Hyman Orlean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES FLEISCHER, Respondent, v. MACFADDEN NEWS-
PAPER PUBLISHING CORPORATION, Appellant.

*Contract — services — master and servant — action for wrongful dis-
charge — defense that services were unsatisfactory.*

*Fleischer* v. *Macfadden Newspaper Pub. Corp.*, 222 App. Div. 735,
affirmed.

(Argued June 5, 1928; decided June 19, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial